THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR90-0094-C |
| Plaintiff, | ORDER – RELEASE OF MORTGAGE |
| v. | |
| EARLE ROBERT BUCKLEY, | |
| Defendant. | |

This matter comes before the Court on Stephen M. Koolpe's request, seeking the release of the the Court's mortgage interest in Mr. Koolpe's property.[1] The Court's received the interest November 15, 1990, to secure Defendant's appearance bond in this matter. Defendant was later sentenced and, following his release, post-incarceration supervision transferred to the District of Hawaii, where it terminated February 7, 2001. *See U.S. v. Buckely*, Case No. CR97-0251-DAE-1, Dkt. No. 3 (D. Hawaii). The Court's mortgage interest should have ceased on this date. But for unclear reasons, no affirmative mortgage release was filed nor provided to Mr. Koolpe.

Accordingly, the Court now FINDS that its mortgage interest in the aforementioned property TERMINATED February 7, 2001. The Court has no continuing mortgage interest in the property.

---

[1] According to the mortgage, the property is located in Kealakekua, Hawaii and commonly referred to as TMK (3) 8-3-7-58.

1 | It is so ORDERED this 23rd June 2025.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER – RELEASE OF MORTGAGE
PAGE - 2